IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DURO TEXTILES, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>SUNBELT CORPORATION,<br><br>          Defendant. | CIVIL ACTION NO.: 1:13-CV-10927<br><br>**DEFENDANT'S <u>CORRECTED</u> MOTION FOR LEAVE TO APPEAR AT THE MAY 19, 2014, SCHEDULING CONFERENCE BY TELEPHONE** |

NOW COMES the Defendant, Sunbelt Corporation, by and through its undersigned counsel, and moves the Court to grant leave for Defendant's South Carolina counsel to appear by telephone at the May 19 Scheduling Conference. In support thereof, Defendant states as follows:

1. The Court ordered a scheduling conference to occur on May 19, 2014, at 4:00 p.m.

2. Defendant Sunbelt is represented by undersigned counsel admitted *pro hac vice*, as well as local counsel. While local counsel will appear in person at the scheduling conference, undersigned counsel seeks leave to appear by telephone, so that he may properly apprise the Court of the various items discussed in the pre-conference report and other aspects of the litigation, without having to incur the expense and lost work time of traveling to the Court.

3. Counsel understands that appearance by telephone is an exception, and will not become a pattern in the course of this litigation.

4. **Pursuant to Local Rule 7.2**, undersigned counsel has conferred with counsel for the Plaintiff, and counsel for the Plaintiff has no objection to the undersigned counsel appearing by telephone.

WHEREFORE, Defendant Sunbelt prays for this Honorable Court to grant its counsel admitted *pro hac vice* to appear by telephone at the May 19, 2014, scheduling conference.

*ALLOWED*
*Wolf, DJ*
*May 15, 2014*

This 9th day of May 2014.

                                        DICKIE, MCCAMEY & CHILCOTE, P.C.

                                        By: ___/s/ Joseph L. Nelson___
                                               Joseph L. Nelson, Esquire
                                               NC State Bar # 40762
                                               John T. Holden, Esquire
                                               NC State Bar # 37416
                                               2115 Rexford Road, Suite 210
                                               Charlotte, NC 28211
                                               704-998-5184 Tel.
                                               888-811-7144 Fax
                                               jnelson@dmclaw.com
                                               *Attorneys Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Leave to Appear by Telephone** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may accesses this filing through the Court's CM/ECF System.

/s/ Joseph Nelson
Joseph L. Nelson, Esquire