UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| DURO TEXTILES LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:13-cv-10927-MLW |
| SUNBELT CORPORATION, | : |
| Defendant. | : |

### MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c)(1)(G) and 29, Plaintiff Duro Textiles, LLC ("Duro") moves this Court to approve and enter as an Order the proposed Protective Order, attached hereto as Exhibit A. In support of this motion, the Duro states as follows.

Discovery in this case will entail the production of information that the producing party considers confidential, proprietary and/or protected trade secret information. Duro desires to protect such information from unnecessary disclosure and has proposed a method for protecting the confidentiality of such information, which is memorialized in the attached proposed Protective Order. Duro respectfully requests that this Court enter the proposed Protective Order as an Order of the Court so that any disputes arising thereunder may be resolved expeditiously upon application to the Court.

Duro understands that Defendant Sunbelt Corporation ("Sunbelt") agrees to this form of order. Duro, however, was unable to confirm that Sunbelt consented to this motion before filing.

WHEREFORE, the Duro moves this Court to approve and enter the proposed Protective Order attached hereto as Exhibit A.

*Allowed, with a caveat.*

*W/m DJ*
*June 21, 2014*